# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| AHMAD RAHEEM DUNBAR, *Plaintiff,* v. JOHN AND OR JANE DOES, *et al.,* *Defendants.* | CIVIL ACTION NO. 5:20-cv-00013-TES-MSH |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMEMNDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 24] that Defendants' Motion to Dismiss [Doc. 18] be granted and Plaintiff's complaint be dismissed. Plaintiff was given 14 days from the date he was served with a copy of the R&R, dated March 31, 2021, to file objections. [Doc. 24, p. 9]. It is now April 30, 2021, and no objections have been filed. Therefore, the Court will review the R&R for clear error. *See* 28 U.S.C. § 636(b)(1). The Court finds no clear error, **ADOPTS** the R&R [Doc. 24] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Defendants' Motion to Dismiss [Doc. 18] is **GRANTED**, and Plaintiff's complaint is dismissed.

**SO ORDERED**, this 30th day of April, 2021.

S/Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**